IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SELECIA DURHAM, | : | CASE NO. 17-52973-LRC |
| Debtor. | : | |
| INDEPENDENT DEALERS ADVANTAGE, LLC, | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| SELECIA DURHAM, Debtor; and ADAM M. GOODMAN, Trustee, | : | |
| Respondents. | : | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW Independent Dealers Advantage, LLC (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On February 16, 2017, Selecia Durham ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $17,550.33 secured by a 2010 Mazda Mazda3 (the "Collateral").

3.

Debtor's Chapter 13 Plan proposes to pay Movant's secured claim of $17,550.33 at $0.00 at 4.75%, with $75.00 payments per month in pre-confirmation adequate protection and $75.00 per month post-confirmation payments until December 2018, when payments will increase to

$297.00.

4.

Movant should receive no less than retail value. The NADA value for the month this case was filed was $8,825.00. See attached a copy of the referenced NADA Value. After including the $900.00 mileage addition for 70,000 miles, the value increases to $9,725.00. The plan must be amended to pay Movant the appropriate value. Evidence supporting any excessive depreciation must be provided in order for Debtor to reduce the value to one lower than the NADA retail value.

5.

Debtor is not providing Movant with an adequate enough risk factor. The prime rate of interest was 3.75% the month this case was filed. At the very least, Debtor should be offering a prime + 3% risk factor, plus a point to make up for lost interest based on the Trustee's method of accounting, or 7.75% interest. As the value and interest listed in the plan will not actually be paid by the Chapter 13 Trustee due to their accounting methods, Movant requests an extra point of interest to make up for the lost interest.

6.

The Collateral is depreciating through use and over time and the Debtor is not adequately protecting Movant's interest in the Collateral. Debtor is not proposing an appropriate pre-confirmation adequate protection payments in violation of 11 U.S.C. Section 1326(a)(1)(C).

Debtor's plan proposes to pay $75.00 to Movant until December 2018. During this time, Debtor's counsel is set to receive $222.00 each month. This is bad faith. Movant should receive no less than $149.00 per month in pre- and post-confirmation payments prior to any step increase.

Any increase in pre-confirmation adequate protection payments prior to Confirmation needs to be made to have the effect of being retroactive to the filing date to pay Movant the correct amount of adequate protection (i.e., a lump sum amount that will be enough to make up for the difference in adequate protection previously disbursed by the Trustee and what Movant is entitled to).

7.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6). Debtor bears the

burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

8.

The specific terms of the proposed plan itself are not proposed in good faith in violation of 11 U.S.C. §1325(a)(3). Movant is the only secured creditor listed in the Plan. Debtor appears to be using this case to solely to refinance the Collateral.

9.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This March 7, 2017.

The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant

By: /s/Philip L. Rubin
Philip L. Rubin
Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

M A Z D A

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 5300 | 6250 | 7000 | Wagon 5D s Sport | BL1K(5/6) | 19685 | 3064 | 6300 | 9325 |
| 6925 | 7925 | 8725 | Wagon 5D s GT | BL1M(5/6) | 22895 | N/A | 7875 | 11200 |
| 8750 | 9800 | 10650 | Wagon 5D SPEED (6 Spd.) | BL1K(3/4) | 23340 | 3272 | 9600 | 13150 |

**MAZDA2/MAZDA3 OPTIONS**

| Option | Trade-in/Loan | Retail |
|---|---|---|
| **Add** Aluminum/Alloy Wheels (Std. i Touring, s, SPEED) | 300 | 350 |
| **Add** Bose Stereo (Std. GT) | 225 | 250 |
| **Add** Cert Pre-Owned (Mazda2) | | 500 |
| **Add** Cert Pre-Owned (Mazda3) | | 700 |
| **Add** Cruise Control (MAZDA2) | 150 | 175 |
| **Add** Navigation System | 375 | 425 |
| **Add** Power Sunroof (Std. GT) | 450 | 500 |
| **Ded** W/out AT (Ex. SV, M-SPEED) | 475 | 475 |

**2011 MAZDA6-4 Cyl.** — Mileage Class: II

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 4450 | 5425 | 6225 | Sedan 4D i Sport | HZ8BH | 19990 | 3272 | 5625 | 8525 |
| 5125 | 6125 | 6950 | Sedan 4D i Touring | HZ8CH | 22635 | 3272 | 6275 | 9325 |
| 5675 | 6725 | 7575 | Sedan 4D i Touring Plus | HZ8CH | 24240 | 3272 | 6825 | 10025 |
| 6225 | 7300 | 8175 | Sedan 4D i GT | HZ8CH | 26820 | 3272 | 7375 | 10675 |
| 5925 | 6975 | 7825 | Sedan 4D s Touring Plus (V6) | HZ8CB | 27080 | 3574 | 7050 | 10300 |
| 6675 | 7750 | 8625 | Sedan 4D s GT (V6) | HZ8CB | 29320 | 3574 | 7775 | 11175 |

**2011 MX-5 MIATA-4 Cyl.-5/6 Spd.** — Mileage Class: II

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 6775 | 7875 | 8750 | Convertible 2D Sport | NC2JF | 22960 | 2447 | 7875 | 11000 |
| 7750 | 8875 | 9800 | Convertible 2D Touring | NC2LF | 25300 | 2480 | 8825 | 12125 |
| 8375 | 9525 | 10450 | Convertible 2D GT | NC2NF | 26560 | 2511 | 9425 | 12825 |
| 8800 | 9975 | 10925 | Hardtop 2D Touring | NC2MF | 27000 | 2562 | 9850 | 13350 |
| 9450 | 10625 | 11575 | Hardtop 2D GT | NC2PF | 28400 | 2593 | 10425 | 14025 |

**MAZDA6/MX-5 MIATA OPTIONS**

| Option | Trade-in/Loan | Retail |
|---|---|---|
| **Add** Alum/Alloy Wheels (6 Sport) | 350 | 400 |
| **Add** Automatic Trans. (Miata) | 575 | 650 |
| **Add** Cert Pre-Owned (MAZDA6) | | 750 |
| **Add** Cert Pre-Owned (Miata) | | 925 |
| **Add** Detachable Hardtop | 900 | 1000 |
| **Add** Navigation System | 450 | 500 |
| **Ded** W/out AT (Ex. Miata) | 575 | 575 |
| **Ded** W/out Cruise Control | 175 | 175 |
| **Ded** W/out Power Door Locks | 175 | 175 |

**2011 RX-8-Rotary** — Mileage Class: III

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 5125 | 6300 | 7275 | Coupe 2D | FE1R(M/P) | 26795 | 3111 | 6550 | 9575 |
| 6400 | 7650 | 8675 | Coupe 2D GT | FE1S(M/P) | 32260 | N/A | 7825 | 11125 |
| 5275 | 6450 | 7425 | Coupe 2D (6 Spd.) | FE1R(2/4) | 26795 | 3065 | 6700 | 9750 |
| 6550 | 7800 | 8850 | Coupe 2D GT (6 Spd.) | FE1S(2/4) | 32960 | N/A | 7975 | 11325 |
| 8200 | 9550 | 10650 | Coupe 2D R3 (6 Spd.) | FE1T(2/4) | 32290 | N/A | 9600 | 13275 |

| Option | Trade-in/Loan | Retail |
|---|---|---|
| **Add** Certified Pre-Owned | | 825 |
| **Add** Navigation System | 500 | 575 |

**2010 MAZDA3-4 Cyl.** — Mileage Class: I

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 3425 | 4275 | 4950 | Sedan 4D i | BL1S(F/G) | 15045 | 2868 | 4475 | 7050 |
| 4200 | 5075 | 5800 | Sedan 4D s | BL1S(5/6) | 18740 | 2963 | 5225 | 8000 |
| 4875 | 5800 | 6550 | Wagon 5D s | BL1H(5/6) | 19230 | 3005 | 5900 | 8825 |
| 6625 | 7625 | 8425 | Wagon 5D SPEED (6 Spd.) | BL1H(3/4) | 23195 | 3245 | 7600 | 10850 |

| Option | Trade-in/Loan | Retail |
|---|---|---|
| **Add** A/A Wheels (Std. s, SPEED) | 300 | 350 |
| **Add** Bose Stereo System | 200 | 225 |
| **Add** Cruise (Std. s, SPEED) | 150 | 175 |
| **Add** Leather Seats (Std. SPEED) | 375 | 425 |
| **Add** Navigation System | 300 | 350 |
| **Add** Power Locks (Std. s, SPEED) | 150 | 175 |
| **Add** Power Seat | 225 | 250 |
| **Add** Power Sunroof | 450 | 500 |
| **Ded** W/out Air Conditioning | 625 | 625 |
| **Ded** W/out AT (Ex. MAZDASPEED) | 400 | 400 |

**2010 MAZDA6-4 Cyl.** — Mileage Class: II

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 2975 | 3850 | 4575 | Sedan 4D i SV (6 Spd.) | HZ8A(A/H) | 18450 | 3258 | 4125 | 6650 |
| 3700 | 4625 | 5375 | Sedan 4D i Sport | HZ8B(A/H) | 19470 | 3258 | 4850 | 7575 |
| 4175 | 5125 | 5900 | Sedan 4D i Touring | HZ8C(A/H) | 21050 | 3258 | 5325 | 8150 |
| 4500 | 5475 | 6275 | Sedan 4D i Touring Plus | HZ8C(A/H) | 23900 | 3258 | 5650 | 8575 |
| 5025 | 6025 | 6850 | Sedan 4D i GT | HZ8C(A/H) | 26085 | 3258 | 6175 | 9225 |
| 5350 | 6375 | 7200 | Sedan 4D s Touring Plus (V6) | HZ8CB | 26450 | 3547 | 6500 | 9600 |
| 6025 | 7075 | 7925 | Sedan 4D s GT (V6) | HZ8CB | 28540 | 3547 | 7150 | 10400 |



Rough Trade-in
2010 N
6075
6900
7400
7875
8675
MAZDA
Add A
Add A
Add D
Add N
2010 R
3925
5125
4125
5325
6375
Add N
2017 B
Add C
Ded W
2017 C
Add E
Add P
Add P
Add S
Add A
2017 C
Add A
Add D
Add S

# MILEAGE TABLE

VALUES SHOWN BELOW TO BE ADJUSTED FROM BASE GUIDEBOOK VALUES

| MILEAGE | CLASS | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|---|---|---|---|---|
| 50001 to 55000 | I | -2400 | -1650 | -975 | -350 | 225 | 725 | 1175 | 1525 |
| | II | -3150 | -2175 | -1275 | -450 | 275 | 975 | 1550 | 2025 |
| | III | -3925 | -2700 | -1575 | -575 | 350 | 1175 | 1900 | 2475 |
| | IV | -5725 | -3950 | -2300 | -825 | 525 | 1750 | 2825 | 3700 |
| | V | -8175 | -5625 | -3300 | -1175 | 750 | 2500 | 4000 | 5225 |
| 55001 to 60000 | I | -2650 | -1900 | -1200 | -575 | | 500 | 950 | 1300 |
| | II | -3475 | -2475 | -1575 | -775 | | 650 | 1250 | 1725 |
| | III | -4325 | -3100 | -1975 | -950 | | 800 | 1525 | 2100 |
| | IV | -6300 | -4500 | -2875 | -1400 | | 1200 | 2275 | 3150 |
| | V | -9000 | -6450 | -4100 | -1975 | | 1700 | 3225 | 4450 |
| 60001 to 65000 | I | -2875 | -2125 | -1450 | -800 | -225 | 275 | 725 | 1100 |
| | II | -3775 | -2800 | -1900 | -1075 | -300 | 375 | 950 | 1450 |
| | III | -4700 | -3475 | -2350 | -1325 | -375 | 450 | 1175 | 1775 |
| | IV | -6850 | -5075 | -3425 | -1925 | -550 | 675 | 1750 | 2625 |
| | V | -9800 | -7250 | -4900 | -2750 | -775 | 950 | 2475 | 3725 |
| 65001 to 70000 | I | -3125 | -2375 | -1675 | -1025 | -450 | | 525 | 900 |
| | II | -4075 | -3100 | -2200 | -1350 | -575 | | 675 | 1175 |
| | III | -5100 | -3875 | -2725 | -1675 | -725 | | 825 | 1425 |
| | IV | -7400 | -5625 | -3975 | -2450 | -1075 | | 1225 | 2125 |
| | V | -10600 | -8050 | -5700 | -3525 | -1525 | | 1750 | 3025 |
| 70001 to 75000 | I | -3350 | -2600 | -1900 | -1250 | -650 | -125 | 325 | 700 |
| | II | -4375 | -3400 | -2475 | -1650 | -850 | -175 | 425 | 925 |
| | III | -5475 | -4250 | -3100 | -2050 | -1075 | -200 | 525 | 1125 |
| | IV | -7950 | -6175 | -4500 | -2975 | -1550 | -300 | 775 | 1675 |
| | V | -11400 | -8850 | -6450 | -4250 | -2225 | -425 | 1075 | 2350 |
| 75001 to 80000 | I | -3575 | -2825 | -2125 | -1475 | -850 | -325 | 125 | 500 |
| | II | -4675 | -3700 | -2775 | -1925 | -1125 | -425 | 175 | 675 |
| | III | -5850 | -4625 | -3450 | -2400 | -1400 | -525 | 225 | 825 |
| | IV | -8475 | -6700 | -5025 | -3475 | -2050 | -775 | 325 | 1225 |
| | V | -12150 | -9600 | -7200 | -5000 | -2925 | -1100 | 450 | 1750 |
| 80001 to 85000 | I | -3800 | -3050 | -2325 | -1675 | -1050 | -500 | | 350 |
| | II | -4950 | -3975 | -3050 | -2200 | -1375 | -675 | | 450 |
| | III | -6225 | -4975 | -3825 | -2725 | -1725 | -825 | | 550 |
| | IV | -9000 | -7225 | -5550 | -3975 | -2525 | -1225 | | 800 |
| | V | -12925 | -10375 | -7950 | -5700 | -3600 | -1725 | | 1150 |
| 85001 to 90000 | I | -4025 | -3275 | -2550 | -1875 | -1250 | -700 | -225 | 175 |
| | II | -5250 | -4250 | -3325 | -2450 | -1650 | -900 | -275 | 225 |
| | III | -6575 | -5350 | -4175 | -3075 | -2050 | -1125 | -350 | 275 |
| | IV | -9525 | -7750 | -6050 | -4450 | -2975 | -1650 | -500 | 425 |
| | V | -13675 | -11100 | -8675 | -6400 | -4275 | -2350 | -725 | 600 |
| 90001 to 95000 | I | -4225 | -3475 | -2750 | -2075 | -1450 | -875 | -375 | |
| | II | -5525 | -4550 | -3600 | -2725 | -1900 | -1150 | -500 | |
| | III | -6925 | -5700 | -4500 | -3400 | -2350 | -1425 | -625 | |
| | IV | -10025 | -8250 | -6525 | -4925 | -3425 | -2075 | -900 | |
| | V | -14425 | -11850 | -9375 | -7075 | -4925 | -2975 | -1300 | |
| 95001 to 100000 | I | -4450 | -3675 | -2950 | -2275 | -1625 | -1050 | -550 | -125 |
| | II | -5800 | -4800 | -3875 | -2975 | -2125 | -1375 | -700 | -175 |
| | III | -7300 | -6050 | -4850 | -3725 | -2675 | -1700 | -875 | -200 |
| | IV | -10525 | -8725 | -7025 | -5400 | -3875 | -2500 | -1300 | -300 |
| | V | -15150 | -12550 | -10075 | -7750 | -5550 | -3575 | -1850 | -425 |

ADDITION FOR LOWER MILEAGE SHOULD NOT EXCEED 50% OF TRADE-IN VALUE
DEDUCTION FOR HIGHER MILEAGE SHOULD NOT EXCEED 40% OF TRADE-IN VALUE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SELECIA DURHAM | : | CASE NO. 17-52973-LRC |
| Debtor. | : | |
| INDEPENDENT DEALERS ADVANTAGE, LLC, | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| SELECIA DURHAM, Debtor; and ADAM M. GOODMAN, Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Selecia Durham
2637 Cavalier Drive
Decatur, GA 30034

Carson R. Walden
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

This March 7, 2017.

The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant

By: /s/Philip L. Rubin
Philip L. Rubin
Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com